REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MERSCORP HOLDINGS, INC., a Delaware corporation, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MERS, INC, a California corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. (MERS), a California corporation,<br><br>Defendants. | No.: 16-cv-04380-BLF<br><br>**[PROPOSED] PRELIMINARY INJUNCTION ORDER** |

– 1 –

The Court hereby orders:

A. Defendants MERS, Inc and Mortgage Electronic Registration System, Inc. (MERS)'s ("Defendants"), and their officers, agents, servants, employees and attorneys and those in active concert or participation with them, are restrained and enjoined pending trial of this action from:

    1. Using the MERS® Mark, MERSCORP trade name, or MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. trade name, or any confusingly similar versions thereof, in commerce in the United States;

    2. Maintaining an active corporation with the name MERS, INC or MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. (MERS) or any confusingly similar name; and

    3. Assisting, aiding, or abetting any other person or entity in engaging in or performing any of the activities referred to in subparagraphs (i) and (ii) above;

B. If Defendants fail to file the necessary paperwork to comply with Section A.2 above within 14 days of the date of this Order, the Court appoints Plaintiffs, through their in-house counsel Andrew Marmion, as authorized agents of Defendants for the limited purpose of preparing, executing, and filing Certificates of Amendment of Articles of Incorporation with the California Secretary of State to change Defendant MERS, Inc's corporate name to "Jack Lyles, Inc." and to change Defendant Mortgage Electronic Registration System, Inc. (MERS)'s corporate name to "Connie Vargas, Inc."

**IT IS SO ORDERED.**

DATED: September 20, 2016

_____
BETH LABSON FREEMAN
United States District Judge