REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MERSCORP HOLDINGS, INC., a Delaware corporation, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MERS, INC, a California corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. (MERS), a California corporation,<br><br>Defendants. | No.: 16-cv-04380-BLF<br><br>**[PROPOSED]** **JUDGMENT AND PERMANENT INJUNCTION** |

The Court having granted Plaintiffs' motion for default judgment,

Judgment is HEREBY ENTERED for Plaintiffs and against Defendants on all claims set forth in the complaint, and permanent injunctive relief is HEREBY ORDERED as follows:

1. Defendants MERS, Inc. and Mortgage Electronic Registration System, Inc. (MERS), whose corporate names have been changed to "Jack Lyles, Inc." and "Connie Vargas, Inc." respectively (collectively "Defendants") are liable for infringement of Plaintiff MERSCORP HOLDINGS, INC.'s ("MERSCORP") federally registered MERS® word mark (U.S. Trademark Registration No. 2,084,831) under 15 U.S.C. Section 114.

2. Defendants are liable for false designation of origin under 15 U.S.C. Section 1125(a) based on their use of names substantially similar to Plaintiff MERSCORP and Mortgage Electronic Registration Systems, Inc.'s (collectively "Plaintiffs") trade names.

3. Defendants are liable for unfair competition under California Business and Professions Code Section 17200, et seq.

4. Defendants, their officers, agents, servants, employees and attorneys and those in active concert or participation with them, are hereby permanently restrained and enjoined from:

   a. Using the MERS® Mark, MERSCORP trade name, or MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. trade name, or any confusingly similar versions thereof, in commerce in the United States;

   b. Maintaining an active corporation with the name MERS, INC or MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. (MERS) or any confusingly similar name; and

   c. Assisting, aiding, or abetting any other person or entity in engaging in or performing any of the activities referred to in subparagraphs (a) and (b) above.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: May 3, 2017

_____
United States District Judge